JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant Michael S. Regan,
in his official capacity as Administrator
of the United States Environmental Protection Agency*

[additional counsel listed in signature block]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 3:22-cv-00052-WHO <br><br> **JOINT STIPULATION AND ORDER** |

Pursuant to Civil L.R. 6-1(b), Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and the Center for Biological Diversity and the Center for Environmental Health ("Plaintiffs") stipulate to and request that the Court enter an order indefinitely holding in abeyance briefing on Plaintiffs' claim for attorneys' fees and costs. In support of this stipulation, the parties state as follows:

1.      On February 21, 2023, the Court entered a consent decree resolving the substantive claims in this case. Dkt. No. 28 (the "Consent Decree"). However, the Consent Decree did not resolve Plaintiffs' claim for costs of litigation. The order extended the deadline for filing a motion for costs of litigation until ninety days after entry of the order, i.e., until May 22, 2023.

2.      The parties sought an extension of time until August 21, 2023 for Plaintiffs to file a motion for costs of litigation in order to negotiate a resolution of Plaintiffs' claim without Court intervention. *See* Dkt. No. 29. The Court granted the parties' request on May 24, 2023. *See* Dkt. No. 30.

3.      The parties resolved Plaintiffs' claim for costs of litigation, including attorneys' fees, by a settlement agreement with an effective date of August 1, 2023. Plaintiffs' payment is currently pending.

4.      Once Defendant has taken all actions required in paragraphs 1 and 3 of the Consent Decree (the last of which must be completed by September 30, 2023), this matter shall be dismissed with prejudice and the Consent Decree will terminate pursuant to paragraph 4 of the Consent Decree. Dkt. 28 § 5.

5.      Therefore, the parties stipulate to and request that the Court enter an order indefinitely holding in abeyance briefing on Plaintiffs' claim for attorneys' fees and costs.

Respectfully submitted,

Date: August 18, 2023

/s/ Jeffrey Hughes
JEFFREY HUGHES (N.Y. Bar No. 5367214)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendant*

/s/ Victoria Bogdan Tejeda
Victoria Bogdan Tejeda (CA Bar No. 317132)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (724) 317-7029
Email: vbogdantejeda@biologicaldiversity.com

Robert Ukeiley (*Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (720) 496-8568
E-mail: rukeiley@biologicaldiversity.org

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   August 21, 2023

WILLIAM H. ORRICK
United States District Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Jeffrey Hughes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                                         */s/ Jeffrey Hughes*
                                         Jeffrey Hughes
                                         United States Department of Justice